1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

KENNETH G. BEAVERS,

Case No. 1:17-cv-00747-JLT

12

        Plaintiff,

**[~~PROPOSED~~] ORDER GRANTING JOINT
STIPULATION TO CONTINUE
SCHEDULING CONFERENCE AND
EXTEND PLAINTIFF'S DEADLINE TO
AMEND COMPLAINT**
**(Doc. 19)**

13

v.

14

NEW PENN FINANCIAL, LLC DBA
SHELLPOINT MORTGAGE SERVICING, et al.,

15
16

        Defendants.

17

       The plaintiff and defendants New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing,

18

Resurgent Capital Services, LP, Resurgent Mortgage Servicing and Federal Home Loan Mortgage

19

Corporation have stipulated to provide the plaintiff additional time to file an amended complaint.

20

Thus, the court **ORDERS**:

21

       1.    Plaintiff's deadline to file an amended complaint that conforms with the Court's July

22

19, 2017 order is extended to August 14, 2017;

23

       2.    The scheduling conference currently scheduled for August 15, 2017 is continued to

24

September 29, 2017.

25
26

IT IS SO ORDERED.

27

   Dated:  __**August 1, 2017**__          _____**/s/ Jennifer L. Thurston**_____
                                   UNITED STATES MAGISTRATE JUDGE

28