# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH G. BEAVERS,<br><br>    Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00747-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Doc. 22) |

Plaintiff and defendants New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, Resurgent Capital Services, LP, Resurgent Mortgage Servicing and Federal Home Loan Mortgage Corporation (collectively, **defendants**), have filed a stipulation to extend the deadline by which the responsive pleading is to be filed. Thus, the court **ORDERS**:

1. Defendants' deadline to file a response to plaintiff's first amended complaint filed August 14, 2017 is extended to September 6, 2017.

IT IS SO ORDERED.

    Dated: __**August 25, 2017**__          __/s/ Jennifer L. Thurston__
                                                         UNITED STATES MAGISTRATE JUDGE