# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BEAVERS, | Case No.: 1:17-cv-0747 - JLT |
| Plaintiff, | ORDER CONTINUING THE SCHEDULING CONFERENCE TO JANUARY 29, 2018 |
| v. | |
| NEW PENN FINANCIAL LLC, et al., | (Doc. 31) |
| Defendants. | |

On October 23, 2017, the parties filed a stipulation to continue the scheduling conference—currently set for November 14, 2017—noting the deadline for Plaintiff to file an amended complaint falls on the same date. (Doc. 31) The parties assert they "will be in a better position to substantively discuss this matter, propose dates, prepare a joint scheduling report and participate in a scheduling conference after counsel for defendants have had a reasonable opportunity to review and respond to any amended complaint." (*Id.* at 2)

Good cause appearing, the Court ORDERS: the scheduling conference currently set for November 14, 2017 is **CONTINUED** to **January 29, 2018 at 8:30 a.m**.

IT IS SO ORDERED.

Dated: __October 24, 2017__       /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE