UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH G. BEAVERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW PENN FINANCIAL LLC, dba SHELLPOINT MORTAGE SERVICING; RESURGENT CAPITAL SERVICES LP; RESURGENT MORTGAGE SERVICING; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1-50,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-00747 - JLT<br><br>ORDER DISMISSING CLAIMS 1, 3, 4 AND 5 OF THE SECOND AMENDED COMPLAINT AND ALL DEFENDANTS EXCEPT NEW PENN FINANCIAL LLC, dba SHELLPOINT MORTAGE SERVICING AND FEDERAL HOME LOAN MORTGAGE CORPORATION WITH PREJUDICE<br><br>(Doc. 44) |

　　　　On January 11, 2018, the Court granted the defendants' motion to dismiss. (Doc. 41) The Court's order provided Mr. Beavers either 30 days to file a third amended complaint or to notify the Court that he wished to proceed only the second claim raising a violation of the Privacy Act. Id. at 12-13. On February 9, 2018, Mr. Beavers filed a notification indicating that, due to a business crisis, elects not to file a third amended complaint. (Doc. 44) Likewise, he reports that he will attempt to hire a lawyer to prosecute this action on his behalf. Id. at 3. Therefore, the Court **ORDERS**:

///

///

///

1

1. All claims in the second amended complaint are **DISMISSED <u>except for</u>** the second claim raising a violation of the Privacy Act. Consequently, all defendants **<u>except for</u>** New Penn Financial LLC, dba Shellpoint Mortgage Servicing and Federal Home Loan Mortgage Corporation are **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

    Dated:   **<u>February 12, 2018</u>**            **<u>/s/ Jennifer L. Thurston</u>**
                                                               UNITED STATES MAGISTRATE JUDGE