**AKERMAN LLP**
601 WEST 5TH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH G. BEAVERS,<br><br>                Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING; FEDERAL HOME LOAN MORTGAGE CORPORATION AKA FREDDIE MAC AND DOES 1 – 10 INCLUSIVE,<br><br>                Defendants. | Case No. 1:17-cv-00747-JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Having considered the joint stipulation by and between defendants New Penn Financial, LLC dba Shellpoint Loan Servicing and Federal Home Loan Mortgage Corporation, and plaintiff Kenneth G. Beavers, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice. The parties shall bear their own expenses, costs and attorneys' fees with regard to this action.

IT IS SO ORDERED.

Dated: **June 7, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2                    1:17-cv-00747-JTL
ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE
45218163;1